**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
3740 Lakeside Dr., Ste. 202
Reno, NV 89509
Tele:  775-322-4697
Fax:   775-322-4697
*Attorneys for Defendant*
CORWIN MOTORS RENO, LLC, d/b/a
CORWIN BUICK GMC RENO

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERIANA HOLYFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>CORWIN MOTORS RENO, LLC, d/b/a<br>CORWIN BUICK GMC RENO,<br><br>          Defendant. | Case No.:  3:23-cv-00429- MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff TERIANA HOLYFIELD ("Plaintiff") by and through her counsel Mark Mausert, Esq. and Sean McDowell, Esq., and Defendant CORWIN MOTORS RENO, LLC, d/b/a CORWIN BUICK GMC RENO ("Defendant"), by and through its counsel Michael Ayers, Esq. of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., hereby stipulate as follows:

Plaintiff's case against Defendant shall be dismissed with prejudice. Each party to this Stipulation shall pay their own fees and costs in connection with this case, these claims and this dismissal.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 1

Plaintiff and Defendant hereto stipulate, warrant and represent that this Stipulation is entered in good faith and not for purposes of delay.

DATED this 12th day of December, 2023.     DATED this 12th day of December, 2023.

                                                               **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Mark Mausert*                       By: */s/ Michael Ayers*
     Mark Mausert, Esq.                     Michael Ayers, Esq.
     Nevada Bar No. 2398                Nevada Bar No. 10851
     Sean McDowell, Esq.                3740 Lakeside Dr., Ste. 202
     Nevada Bar No. 15962              Reno, NV 89509
     729 Evans Ave.                          Tele:  775-322-4697
     Reno, NV 89512                         *Attorneys for Defendant*
     Tele:  775-786-5477                  CORWIN MOTORS RENO, LLC, d/b/a
     *Attorneys for Plaintiff*               CORWIN BUICK GMC RENO
     TERIANA HOLYFIELD

## ORDER

The parties having filed their Stipulation for Dismissal with Prejudice, and good cause appearing therefore,

**IT IS TO ORDERED** that this case shall be dismissed with prejudice. Each party to this Stipulation shall pay their own fees and costs in connection with this case, these claims and this dismissal.

DATED:  December 12, 2023

_____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE - 2